THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant MIDLAND
CREDIT MANAGEMENT, INC.

TAMMY GRUDER HUSSIN [SBN 155290]
tammy@hussinlaw.com
HUSSIN LAW
1596 N. Coast Hgwy 101
Encinitas, California  92024
(t) 877.677.5397
(f) 877.667.1547

Attorneys for Plaintiff,
CARMINA QUEVEDO

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| Carmina Quevedo,<br><br>Plaintiff,<br><br>vs.<br><br>Midland Credit Management, Inc.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:  1:13-cv-01904-AWI-SKO<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>SCHEDULING CONFERENCE:<br>DATE: June 17, 2021<br>TIME: 9:30 AM<br><br>Hon. Sheila Oberto |

**PLEASE TAKE NOTICE** that Carmina Quevedo ("Plaintiff") and Midland Credit Management, Inc. ("Defendant") hereby notify the Court that the Parties have settled all claims between them in this matter and are in the process of documenting and performing their settlement.

The Parties request the Court continue the Scheduling Conference set for tomorrow, June 17, 2021 at 9:30 a.m. for at least 45 days from the date of this notice. The Parties anticipate on filing a dismissal with prejudice within 45 days.

DATED: June 16, 2021              SOLOMON WARD SEIDENWURM & SMITH, LLP


                                  By: /s/ Thomas F. Landers
                                      THOMAS F. LANDERS
                                      Attorneys for Defendant, MIDLAND CREDIT MANAGEMENT, INC.


DATED: June 16, 2021              HUSSIN LAW


                                  By: /s/ Tammy Gruder Hussin (with consent)
                                      TAMMY GRUDER HUSSIN
                                      Attorney for Plaintiff,
                                      CARMINA QUEVEDO


## ATTESTATION OF SIGNATURE

Pursuant to Eastern District Local Rule 131(e), I hereby certify that the content of this document is acceptable to Tammy Gruder Hussin, counsel for Plaintiff, and I obtained her authorization to affix her electronic signature to this document.

                                  /s/Thomas F. Landers
                                  Thomas F. Landers