THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant MIDLAND
CREDIT MANAGEMENT, INC.

TAMMY GRUDER HUSSIN [SBN 155290]
tammy@hussinlaw.com
HUSSIN LAW
1596 N. Coast Hgwy 101
Encinitas, California 92024
(t) 877.677.5397
(f) 877.667.1547

Attorneys for Plaintiff,
CARMINA QUEVEDO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Carmina Quevedo,<br><br>          Plaintiff,<br><br>     vs.<br><br>Midland Credit Management, Inc.; and DOES 1-10, inclusive,<br><br>          Defendants. | Case No.: 1:13-cv-01904-AWI-SKO<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge:    Anthony W. Ishii<br><br>Mag. Judge:  Hon. Sheila Oberto |

Plaintiff CARMINA QUEVEDO ("Plaintiff") and Defendant MIDLAND CREDIT MANAGEMENT, INC. ("Defendant"), by and through their undersigned counsel, respectfully submit this Joint Stipulation for Dismissal With Prejudice of this action in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Plaintiff and Defendant hereby stipulate and jointly move to dismiss to this action with prejudice pursuant to the parties' settlement. The parties shall bear their own attorneys' fees and costs.

DATED:  August 2, 2021        SOLOMON WARD SEIDENWURM & SMITH, LLP


By: /s/ Thomas F. Landers
    THOMAS F. LANDERS
    Attorneys for Defendant, MIDLAND CREDIT MANAGEMENT, INC.


DATED:  August 2, 2021        HUSSIN LAW


By: /s/ Tammy Gruder Hussin (with consent)
    TAMMY GRUDER HUSSIN
    Attorney for Plaintiff,
    CARMINA QUEVEDO


**ATTESTATION OF SIGNATURE**

Pursuant to Eastern District Local Rule 131(e), I hereby certify that the content of this document is acceptable to Tammy Gruder Hussin, counsel for Plaintiff, and I obtained her authorization to affix her electronic signature to this document.

/s/Thomas F. Landers
Thomas F. Landers