1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

### EASTERN DISTRICT OF CALIFORNIA

8

9  CARMINA QUEVEDO,

Case No.  1:13-cv-1904-AWI-SKO

10              Plaintiff,

ORDER DIRECTING THE CLERK OF
COURT TO CLOSE THE CASE

11      v.

(Doc. 26)

12  MIDLAND CREDIT MANAGEMENT, INC.,

13              Defendant.

14  _____/

15

16      On August 2, 2021, the parties filed a joint stipulation dismissing the entire action with

17  prejudice.  (Doc. 26.)  In light of the parties' stipulation, this action has been terminated, *see* Fed.

18  R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has

19  been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

20

21  IT IS SO ORDERED.

22  Dated:  __**August 3, 2021**__          _____*/s/ Sheila K. Oberto*_____

23                                          UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28